UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

|  |  |
|---|---|
| MARTIN RANGEL,<br><br>            Petitioner,<br><br>     v.<br><br>SIERRA CONSERVATION CENTER/<br>BAUTISTA, CONSERVATION CAMP,<br>FRANK A. CHAVEZ, Warden,<br><br>            Respondents.[1] | ED CV 12-00050-DDP (SH)<br>JUDGMENT |

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED: August 14, 2012

                                            DEAN D. PREGERSON
                                       UNITED STATES DISTRICT JUDGE

---

[1] The appropriate respondent is the state officer having custody of petitioner, which in this case is Frank Chavez, the warden at Sierra Conservation Center in Jamestown, California.  See Rule 2(a) of the Rules Governing Section 2254 cases in the United States District Courts and the Advisory Committee Notes thereto; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894-96 (9th Cir. 1996).